# EXHIBIT A and B

# PLAINTIFF'S ORIGINAL PETITION

RECEIVED

APR - 1 2025

11:20an

Receipt Number: 1065723
Tracking Number: 74458794

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202521572

---

PLAINTIFF: BARROWS, STEVEN                          In the 152nd Judicial

vs.                                                  District Court of

DEFENDANT: THE KROGER CO                             Harris County, Texas

---

CITATION

THE STATE OF TEXAS
County of Harris

TO: KROGER TEXAS LP (OHIO ENTITY)

(DOING BUSINESS IN THE STATE OF TEXAS) MAY BE SERVED BY SERVING ITS REGISTERED AGENT

CORPORATION SERVICE COMPANY

(D/B/A CSC-LAWYERS INC)

211 E 7TH STREET SUITE 620

AUSTIN TX 78701

    Attached is a copy of PLAINTIFFS' ORIGINAL PETITION.

This instrument was filed on March 31, 2025, in the above numbered and styled cause
on the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
March 31, 2025.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CHRISTOPHER MATTHEWS

Issued at request of:
HUBERT, FELICIA MORRINE
10940 W. SAM HOUSTON PKWY N. SUITE 100
HOUSTON, TX 77064
(713) 659-5200
Bar Number: 17635900

DELIVERED:
ON: 4/19/2025
BY: 769873

Tracking Number: 74458794

CAUSE NUMBER: 202521572

| | |
|---|---|
| PLAINTIFF: BARROWS, STEVEN | In the 152nd |
| vs. | Judicial District Court |
| DEFENDANT: THE KROGER CO | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of
_____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of
_____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of
_____, 20 \_\_\_\_\_.

FEE: $ _____

_____

_____ of _____

County, Texas

_____ By: _____
            Affiant                       Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 \_\_\_\_\_

_____
Notary Public

3/31/2025 11:24 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 99070077
By: Christopher Matthews
Filed: 3/31/2025 11:24 AM

CAUSE NO. _____

| | | |
|---|---|---|
| STEVEN BARROWS and JOY BARROWS, Individually, and as Next Friend of EB, | § § § | IN THE DISTRICT COURT |
| Plaintiffs | § § | |
| V. | § § | HARRIS COUNTY TEXAS |
| THE KROGER CO. and KROGER TEXAS, L.P., | § § § | |
| Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE COURT:

STEVEN BARROWS AND JOY BARROWS, INDIVDUALLY, AND AS NEXT FRIEND OF EB ("Plaintiffs") files this Plaintiffs' Original Petition complaining of THE KROGER CO. and KROGER TEXAS, L.P. ("Defendants") and respectfully show as follows.

**I.**
## DISCOVERY PLAN LEVEL 3

1.      Plaintiff requests that this lawsuit be governed by Discovery Plan Level 3 pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

**II.**
## PARTIES

2.      Plaintiff STEVEN BARROWS AND JOY BARROWS, INDIVIDUALLY, AND AS NEXT FRIEND OF EB are individual residents of Houston, Harris County, Texas.

3.      Defendant THE KROGER CO. is an Ohio corporation doing business in the State of Texas. THE KROGER CO. has sufficient contacts with Texas that, under the Texas Long-Arm

-1-

Statute, Section 17.044 *et seq.* of the Texas Civil Practice and Remedies Code, it can be served with process by serving its registered agent: Corporation Service Company d/b/a CSC-Lawyers Inc. 211 E. 7th Street, Austin, TX 78701. **Service of citation is requested at this time.**

4.     Defendant KROGER TEXAS, L.P. is an Ohio entity doing business in the State of Texas. KROGER TEXAS, L.P. has sufficient contacts with Texas that, under the Texas Long-Arm Statute, Section 17.044 *et seq.* of the Texas Civil Practice and Remedies Code, it can be served with process by serving its registered agent: Corporation Service Company d/b/a CSC-Lawyers Inc. 211 E. 7th Street, Suite 620 Austin, TX 78701. **Service of citation is requested at this time.**

### III.
### JURISDICTION AND VENUE

5.     This court has jurisdiction over this case and the damages sought are within the jurisdictional limits of this court. Venue is proper in Harris County, Texas, because this is the county where the incident made the basis of this suit occurred.

6.     In accordance with Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees.

### IV.
### FACTUAL BACKGROUND

7.     On or about June 14, 2023, STEVEN BARROWS and JOY BARROWS, Individually, and as next friend of EB were invitees at the Kroger grocery store located at 12400 FM 1960 Road W, Houston, Texas 77065. The minor Plaintiff EB was injured due to the negligence and gross negligence of Defendants. As Joy Barrows and EB were exiting the ladies' restroom, the door slammed shut on EB's hand, crushing her finger and almost completely severing the tip of EB's finger. Plaintiffs notified Defendants' employees of the incident, with AJ Bond and other employees

-2-

and vendors assisting in rendering immediate would care. Plaintiff left the Kroger store in an ambulance traveling to the Texas Medical Center, as a "finger specialist" was on call.

8.      EB was transported by ambulance to the Texas Medical Center, where she had emergency surgery to reattach her finger.

9.      As a result of the incident, EB sustained serious injuries and damages. Said injuries and damages were directly and proximately caused by the negligence of Defendants, for which Plaintiffs seek recovery.

## V.

## CAUSES OF ACTION

### COUNT 1 – NEGLIGENCE

10.     Plaintiff would show the Court and Jury that the incident described hereinabove, and Plaintiffs' injuries and damages were caused by the negligence of the Defendants including, but not limited to, the following:

a.      In failing to maintain its premises in a reasonably safe condition;

b.      In failing to inspect its premises for hazardous conditions;

c.      In failing to warn its customers, such as Plaintiff, of the hazardous conditions;

d.      In failing to eliminate or remove the unsafe and unreasonably dangerous conditions which caused a hazard to its invitees;

e.      In failing to warn its invitees, such as Plaintiffs and EB, of the hazardous conditions on its premises;

f.      In failing to recognize and remediate hazards; and

g.      Such other and further acts of negligence which may be shown after discovery in this cause.

11.     Each of the above and foregoing acts of negligence was a direct and proximate cause of Plaintiff's injuries and damages.

12.     Moreover, because the evidence may show that Defendants acted in disregard of Plaintiff's safety and welfare, it may be guilty of gross negligence for which Plaintiff would, if appropriate, also seek the recovery of exemplary damages.

## COUNT 2 – PREMISES LIABILITY TO INVITEE

13.     Defendants were in control of the premises at 12400 FM 1960 Road W, Houston, Texas 77065

14.     Plaintiffs entered Defendants' premises with Defendants' knowledge and invitation, for their mutual benefit. Plaintiff was an "invitee" as that term is understood under Texas Law.

15.     A condition on Defendants' premises posed an unreasonable risk of harm. Specifically, the door to the ladies' restroom closed very suddenly and forcefully, and posed an unreasonable risk of harm to customers.

16.     Defendants knew or reasonably should have known of the condition of the premises because its employees or agents were supposed to be monitoring the area, and it had sole control of the premises.

17.     Defendants had a duty to use ordinary care to ensure that the premises did not present a danger to Plaintiff. This duty includes the duty to inspect and the duty to warn or to cure. Defendants breached the duty of ordinary care by failing to maintain the ladies' restroom door in good repair then inviting Plaintiffs to enter the premises. The defective ladies room door created an unreasonably dangerous environment for Plaintiff and other invitees.

18.     Defendants breach of duty proximately caused injury to Plaintiff, which resulted in the Plaintiffs' damages.

-4-

## COUNT 3- GROSS NEGLIGENCE

19.    Plaintiff would show (a) that Defendants' acts or omissions, when viewed objectively from the Defendants' standpoint at the time they occurred, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others, or (b) that Defendants had actual, subjective awareness of the risk but proceeded anyway with a conscious indifference to the safety or welfare of others. Because Plaintiff would show, therefore, that the harm with respect to which she seeks recovery results from gross negligence, Plaintiff is also entitled to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

### VI.
### DAMAGES

20.    Because Plaintiff's injuries were proximately caused by Defendants' negligence and gross negligence, Plaintiff is entitled to reasonable and proper compensation for the following legal damages:

a.    past medical bills;

b.    future medical bills;

c.    past and future mental anguish;

d.    past and future impairment and disfigurement;

e.    past and future pain and suffering;

f.    exemplary damages;

g.    court costs; and

h.    any other relief to which Plaintiff may be entitled.

21.    Plaintiffs are requesting that they be awarded damages by the jury in an amount that the jury deems just and fair in an amount within the jurisdictional limits of this court.

### VIII.

**JURY DEMAND**

22.     Pursuant to Texas Rule of Civil Procedure 216, Plaintiffs request a trial by jury and would show that the appropriate fee has already been paid.

**X.**
**PRAYER**

Plaintiffs pray that they have judgment against Defendants for actual damages shown and proved at trial, for prejudgment and post-judgment interest, exemplary damages and for costs of court and for all other relief, legal and equitable, to which she is entitled.

Respectfully submitted,

**THE LANIER LAW FIRM, P.C.**

By: */s/ Felicia M. Hubert*
     Felicia M. Hubert
     State Bar No. 17635900
     Felicia.hubert@lanierlawfirm.com
     10940 W. Sam Houston Parkway N.,
     Suite 100
     Houston, TX 77064
     Telephone: (713) 659-5200
     Telecopier: (713) 659-2204

**ATTORNEYS FOR PLAINTIFFS**

-6-

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Beth Diddle on behalf of Felicia Hubert
Bar No. 17635900
Beth.diddle@lanierlawfirm.com
Envelope ID: 99070077
Filing Code Description: Petition
Filing Description: Plaintiffs' Original Petition
Status as of 3/31/2025 12:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Beth Diddle | | Beth.diddle@lanierlawfirm.com | 3/31/2025 11:24:50 AM | SENT |
| Daniel Regner | | Daniel.regner@lanierlawfirm.com | 3/31/2025 11:24:50 AM | SENT |
| Felicia Hubert | | fmh@lanierlawfirm.com | 3/31/2025 11:24:50 AM | SENT |

# RETURN OF SERVICE

4/16/2025 10:16 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 99730676
By: Katina Williams
Filed: 4/16/2025 10:16 AM

## <u>AFFIDAVIT OF SERVICE</u>

State of Texas                          County of Harris                     152nd Judicial District Court

Case Number: 202521572

Plaintiff:
**STEVEN BARROWS AND JOY BARROWS,**
**Individually, and as Next Friend of EB**

vs.

Defendants:
**THE KROGER CO. AND KROGER TEXAS,**
**L.P.**

Received these papers on the 1st day of April, 2025 at 11:20 am to be served on **KROGER TEXAS L.P. by**
**delivering to its Registered Agent CORPORATION SERVICE COMPANY DBA CSC-LAWYERS**
**INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Jeff Keyton, being duly sworn, depose and say that on the **1st day of April, 2025** at **3:12 pm, I:**

hand-delivered a true copy of this **Citation and Plaintiffs' Original Petition** to **KROGER TEXAS L.P. by delivering**
**to its Registered Agent CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING**
**SERVICE COMPANY** by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th**
**Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the
date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule
103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts
in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party
to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not
interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 1st day of
April, 2025 by the affiant who is personally known to me.

_____
**Jeff Keyton**
PSC-735; Exp 7/31/2026

_____
NOTARY PUBLIC

SCOTT L THOMAS
Notary ID #10407286
My Commission Expires
January 9, 2028

Our Job Serial Number: THP-2025002186
Ref: 86113, 86114

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a





APR - 1 2025

11:20 am

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 1065723
Tracking Number: 74458794

CAUSE NUMBER: 202521572

| | |
|---|---|
| PLAINTIFF: BARROWS, STEVEN | In the 152nd Judicial |
| vs. | District Court of |
| DEFENDANT: THE KROGER CO | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: KROGER TEXAS LP (OHIO ENTITY)

(DOING BUSINESS IN THE STATE OF TEXAS) MAY BE SERVED BY SERVING ITS REGISTERED AGENT

CORPORATION SERVICE COMPANY

(D/B/A CSC-LAWYERS INC)

211 E 7TH STREET SUITE 620

AUSTIN TX 78701

    Attached is a copy of PLAINTIFFS' ORIGINAL PETITION.

This instrument was filed on March 31, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 31, 2025.




Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CHRISTOPHER MATTHEWS

Issued at request of:
HUBERT, FELICIA MORRINE
10940 W. SAM HOUSTON PKWY N. SUITE 100
HOUSTON, TX 77064
(713) 659-5200
Bar Number: 17635900

Tracking Number: 74458794

CAUSE NUMBER: 202521572

PLAINTIFF: BARROWS, STEVEN            In the 152nd

     vs.                     Judicial District Court

DEFENDANT: THE KROGER CO           of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ___11:20___ o'clock ____ M., on the ____ day of
_____, 20 ____.

**RECEIVED**
APR 0 1 2025
BY: ...........................

Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of
_____, 20 ____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 ____.

FEE: S _____

_____     _____ of     _____

County, Texas

_____     By     _____
      Affiant                   Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 ____

_____
                           Notary Public

AFFIDAVIT ATTACHED

# RETURN OF SERVICE

4/16/2025 9:51 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 99728567
By: Katina Williams
Filed: 4/16/2025 9:51 AM

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **152nd Judicial District Court**

Case Number: 202521572

Plaintiff:
**STEVEN BARROWS AND JOY BARROWS,
Individually, and as Next Friend of EB**

vs.

Defendants:
**THE KROGER CO. AND KROGER TEXAS,
L.P.**

Received these papers on the 1st day of April, 2025 at 11:20 am to be served on **THE KROGER CO. by delivering to its Registered Agent CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Jeff Keyton, being duly sworn, depose and say that on the **1st day of April, 2025 at 3:12 pm, I:**

hand-delivered a true copy of this **Citation Corporate and Plaintiffs' Original Petition**, to THE KROGER CO. by delivering to its Registered Agent CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 2nd day of
April, 2025 by the affiant who is personally known to me.

**Jeff Keyton**
PSC-735, Exp 7/31/2026

NOTARY PUBLIC

HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027

Our Job Serial Number: THP-2025002189
Ref: 86114

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



APR - 1 2025

11:20am

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202521572

RECEIPT NO: 1065723

TRACKING NO: 74458792

| | |
|---|---|
| Plaintiff: | In The 152nd |
| BARROWS, STEVEN | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| THE KROGER CO | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To:    THE KROGER CO (OHIO CORPORATION) MAY BE SERVED BY PROCESS BY SERVING ITS REGISTERED**
**AGENT CORPORATION SERVICE COMPANY**
**(D/B/A CSC-LAWYERS INC)**
**211 E 7TH STREET SUITE 620, AUSTIN TX 78701**

Attached is a copy of: PLAINTIFFS' ORIGINAL PETITION

This instrument was filed on March 31, 2025 in the above cited cause number and court.  The
instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on March 31, 2025, under my hand and seal of said court.

Issued at the request of:

HUBERT, FELICIA MORRINE
10940 W. SAM HOUSTON PKWY N. SUITE 100

HOUSTON, TX 77064
(713) 659-5200
Bar Number: 17635900

MATTHEWS

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE    Houston    Texas
77002
(PO Box 4651, Houston, Texas
77210)

Generated        By:CHRISTOPHER

Tracking Number: 74458792

**CAUSE NUMBER: 202521572**

PLAINTIFF: BARROWS, STEVEN

    vs.

DEFENDANT: THE KROGER CO

In the 152nd

Judicial District Court of

Harris County, Texas

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at 11:20 o'clock A . M. on the 1st day of April ,
20 25 . Executed at

(Address)_____
_____ in

_____ County at o'clock ____ M. On the _____ day of
_____, 20_____, by

Delivering to _____defendant, in person, a true
copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment».
Petition attached thereto and 1 endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of
_____, 20.

Fees $_____

_____
  By_____
     Affiant                                                        Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared. After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__.

_____
                        Notary Public

# DEFENDANT'S ANSWER

4/10/2025 2:15 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 99522272
By: Rhonda Momon
Filed: 4/10/2025 2:15 PM

CAUSE NO. 2025-21572

| | | |
|---|---|---|
| STEVEN BARROWS AND JOY BARROWS INDIVIDUALLY, AND AS NEXT FRIEND OF EB, A MINOR | § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| THE KROGER CO. AND KROGER TEXAS, L.P. | § § § | |
| Defendants. | § | 152ND JUDICIAL DISTRICT |

**DEFENDANTS THE KROGER CO. AND KROGER TEXAS, L.P.'S
ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **THE KROGER CO. AND KROGER TEXAS, L.P.**, Defendants in the above-entitled and numbered cause, and in answer to the Plaintiffs' pleadings on file herein, would respectfully show unto the Court as follows:

**A.
GENERAL DENIAL**

1.    Defendants assert a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and respectfully requests that Plaintiffs be required to prove the charges and allegations against these Defendants by the evidence as is required by the laws of the State of Texas.

**B.**
**CREDIT / OFFSET**

2.    In the unlikely event that Defendants are found liable to Plaintiffs, Defendants affirmatively plead that they are entitled to a dollar-for-dollar credit/offset for any and all sums Plaintiffs have received or may hereafter receive by way of any and all payments or settlements of any claims, causes of action, or potential causes of action arising out of the incident made the basis of this lawsuit. This written election is being made pursuant to §33.012(b)(1) of the Texas Civil Practice & Remedies Code.

**C.**
**RIGHT TO SUPPLEMENT**

3.    Defendants respectfully reserve the right at this time to amend this Original Answer to the Plaintiffs' allegations after said Defendants have had the opportunity to investigate more closely these claims, as is the right and privilege of said Defendants under the Rules of Civil Procedure and the laws of the State of Texas.

**D.**
**DISCOVERY DOCUMENTS**

4.    By way of further Answer, Defendants hereby give actual notice to the Plaintiffs, that all documents produced during discovery may be used against the party Plaintiffs, if any, at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## E.
## PAID OR INCURRED

5.      Defendants invoke §41.0105 of the Texas Civil Practice and Remedies
Code and request that, to the extent Plaintiffs seek recovery of medical or healthcare
expenses, the evidence to prove such loss be limited to the amount actually paid by or on
behalf of the Plaintiffs, as opposed to the amount charged.

## F.
## NET LOSS REDUCTION

6.      Defendants also invoke §18.091 of the Texas Civil Practice and Remedies
Code and requests that, to the extent that Plaintiffs seek recovery for loss of earnings,
loss of earning capacity, loss of contributions of a pecuniary value, or a loss of
inheritance, that the evidence to prove such loss must be present in the form of a net
loss after reduction for income tax payments or unpaid tax liability.  Defendants further
request that the Court instruct the jury as to whether any recovery for compensatory
damages sought by Plaintiffs is subject to federal income taxes.

## G.
## CONTRIBUTORY NEGLIGENCE AND SOLE CAUSE
## and PROPORTIONAL RECOVERY

7.      Defendants further affirmatively plead that Plaintiffs' claims may be
barred, in whole or in part, due to Plaintiffs being the sole cause or a contributing cause
of the accident in question.  Any negligence on the part of the Plaintiffs may have been a
proximate cause of the alleged injuries and damages.  Further, the Plaintiffs' negligence

should serve to reduce the proportional recovery, if any, of the Plaintiffs from Defendants.

### H.
### JURY DEMAND

8.     Defendants herein demand a trial by jury on all contested fact issues. On this date, a jury fee has been paid.

WHEREFORE, PREMISES CONSIDERED, the above-named Defendants, **THE KROGER CO. AND KROGER TEXAS, L.P.**, having fully answered herein, pray that Plaintiffs take nothing by reason of this suit, and that Defendants be discharged. Defendants pray further that all court costs expended or incurred in this cause be assessed and taxed against Plaintiffs, and for all such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**GERMER, PLLC**

By: _____
**TROY A. WILLIAMS**
State Bar No. 00788678
**VALERIE LY**
State Bar No. 24053692
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
E-Mail: *twilliams@germer.com*

4

E-Mail: *vly@germer.com*

**ATTORNEYS FOR DEFENDANTS
THE KROGER CO. AND KROGER
TEXAS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly served on the following counsel of record through the Court's e-service on this the 10th day of April, 2025:

felicia.hubert@lanierlawfirm.com
Felicia M. Hubert
The Lanier Law Firm, P.C.
10940 W. Sam Houston Parkway N., Suite 100
Houston, TX 77064
***Attorney for Plaintiffs***

_____
**TROY A. WILLIAMS**

6

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kara Barron on behalf of Troy Williams
Bar No. 00788678
kbarron@germer.com
Envelope ID: 99522272
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendants The Kroger Co. and Kroger Texas L.P.'s
Original Answer
Status as of 4/10/2025 2:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Beth Diddle | | Beth.diddle@lanierlawfirm.com | 4/10/2025 2:15:03 PM | SENT |
| Felicia Hubert | | fmh@lanierlawfirm.com | 4/10/2025 2:15:03 PM | SENT |
| Daniel Regner | | Daniel.regner@lanierlawfirm.com | 4/10/2025 2:15:03 PM | SENT |
| Troy A.Williams | | twilliams@germer.com | 4/10/2025 2:15:03 PM | SENT |
| Valerie ly | | vly@germer.com | 4/10/2025 2:15:03 PM | SENT |
| Iris Guerrero | | lguerrero@germer.com | 4/10/2025 2:15:03 PM | SENT |

# JURY DEMAND

4/10/2025 2:15 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 99522272
By: Rhonda Momon
Filed: 4/10/2025 2:15 PM

CAUSE NO. 2025-21572

| | | |
|---|---|---|
| STEVEN BARROWS AND JOY BARROWS INDIVIDUALLY, AND AS NEXT FRIEND OF EB, A MINOR | § § § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE KROGER CO. AND KROGER TEXAS, L.P. | § § | |
| | § | |
| Defendants. | § | 152ND JUDICIAL DISTRICT |

## RULE 216 REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the provisions of Rule 216 of the Texas Rules of Civil Procedure, Defendants, **THE KROGER CO. AND KROGER TEXAS, L.P.**, request that when this case proceeds to trial it be placed on the Court's jury trial docket.

Respectfully submitted,

**GERMER, PLLC**

By: _____

    **TROY A. WILLIAMS**
    State Bar No. 00788678
    **VALERIE LY**
    State Bar No. 24053692
    America Tower
    2929 Allen Parkway, Suite 2900
    Houston, Texas 77019
    Telephone: (713) 650-1313
    Facsimile: (713) 739-7420
    E-Mail: *twilliams@germer.com*

E-Mail: *vly@germer.com*

**ATTORNEYS FOR DEFENDANT
THE KROGER CO. AND KROGER
TEXAS, L.P.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly served on the following counsel of record through the Court's e-service on this the 10th day of April, 2025:

felicia.hubert@lanierlawfirm.com
Felicia M. Hubert
The Lanier Law Firm, P.C.
10940 W. Sam Houston Parkway N., Suite 100
Houston, TX 77064
***Attorney for Plaintiffs***

_____
**TROY A. WILLIAMS**

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kara Barron on behalf of Troy Williams
Bar No. 00788678
kbarron@germer.com
Envelope ID: 99522272
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendants The Kroger Co. and Kroger Texas L.P.'s Original Answer
Status as of 4/10/2025 2:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Beth Diddle | | Beth.diddle@lanierlawfirm.com | 4/10/2025 2:15:03 PM | SENT |
| Felicia Hubert | | fmh@lanierlawfirm.com | 4/10/2025 2:15:03 PM | SENT |
| Daniel Regner | | Daniel.regner@lanierlawfirm.com | 4/10/2025 2:15:03 PM | SENT |
| Troy A.Williams | | twilliams@germer.com | 4/10/2025 2:15:03 PM | SENT |
| Valerie ly | | vly@germer.com | 4/10/2025 2:15:03 PM | SENT |
| Iris Guerrero | | lguerrero@germer.com | 4/10/2025 2:15:03 PM | SENT |